Mr. Justice Figueras did not sit at the hearing of this case.

---

THE PEOPLE *v.* RIOS.

APPEAL from the District Court of Mayagüez.

No. 22.—Decided October 8, 1903.

APPEAL—FAILURE TO FILE BILL OF EXCEPTIONS.—Where no errors appear from the record and no bill of exceptions is filed, the judgment of the trial court should be affirmed.

The facts are set out in the opinion.

*Mr. del Toro, Fiscal,* for respondent.

The party appellant did not appear.

MR. JUSTICE SULZBACHER delivered the following opinion of the court:

The accused, Evangelista Rios y Rosa, was duly tried by a jury and sentenced by the court to two years imprisonment at hard labor in the penitentiary of this Island, and to pay the costs of the proceedings. From said sentence the accused appealed to this Supreme Court. The appeal was allowed. No bill of exceptions or writing whatsoever,

referring to error committed by the trial court appears in the record, nor can this court find any error, wherefore, the sentence of the District Court of Mayagüez should be affirmed.

*Affirmed.*

Chief Justice Quiñones, and Justices Hernández and MacLeary, concurred.

Mr. Justice Figueras did not sit at the hearing of this case.